*Information filed 5mm Countflow 5/28/14*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   **INFORMATION**
                                 :
          - v. -                 :   14 Cr. **348**
                                 :
JUAN BELLO,                      :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about September 2011, up to and including in or about January 2012, in the Southern District of New York, JUAN BELLO, the defendant, knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and a department and agency thereof, the value of which exceeded the sum of $1,000, to wit, BELLO cashed fraudulently-obtained federal tax refund checks.

(Title 18, United States Code, Section 641.)

## FORFEITURE ALLEGATION

2. As the result of committing the offense alleged in Count One of this Information, JUAN BELLO, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

Section 2461, all property, real and personal, which constitutes or is derived from proceeds obtained directory or indirectly from one or more of the offense alleged in Count One of this Information.

<u>Substitute Assets Provision</u>

3.  If any of the above-described forfeitable property, as a result of any act or omission of JUAN BELLO, the defendant—

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of BELLO up to the value of the forfeitable property.

(Title 18, United States Code, Section 982.)

*/s/ Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

JUAN BELLO,

Defendant.

**INFORMATION**
14 Cr.

**PREET BHARARA**
United States Attorney for *Southern District of New York*
(914) 993-1958